```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17993
    LOWELL GRAY
    WYNELL I GRAY                            CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-9587      SSN XXX-XX-4894

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/02/2007 and was confirmed 11/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00              .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      25532.35              .00        3168.09
LITTON LOAN SERVICING     CURRENT MORTG           .00              .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE        777.00              .00            .00
NATIONAL CAPITAL MANAGEM  SECURED VEHIC      11650.00           983.05        1457.46
NATIONAL CAPITAL MANAGEM  UNSECURED           2055.12              .00            .00
AMERICAN COLLECTION       UNSECURED         NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            968.44              .00            .00
CAPITAL ONE               UNSECURED            498.14              .00            .00
CBCS                      UNSECURED         NOT FILED              .00            .00
COMMONWEALTH EDISON       UNSECURED            473.14              .00            .00
DIVERSIFIED SERVICES      UNSECURED         NOT FILED              .00            .00
ER SOLUTIONS INC          UNSECURED         NOT FILED              .00            .00
FINANCIAL CREDIT NETWORK  UNSECURED         NOT FILED              .00            .00
FINANCIAL CREDIT NETWORK  UNSECURED         NOT FILED              .00            .00
FIRST REVENUE ASSURANCE   UNSECURED         NOT FILED              .00            .00
US DEPT OF EDUCATION      UNSECURED          18015.31              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
ISAC IDAPP                UNSECURED         NOT FILED              .00            .00
KCA FINANCIAL SERVICES    UNSECURED         NOT FILED              .00            .00
MAGES & PRICE             UNSECURED         NOT FILED              .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           1108.19              .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED            448.98              .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED              .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17993 LOWELL GRAY & WYNELL I GRAY

```
PENTAGROUP                  UNSECURED       NOT FILED              .00              .00
SUNNY CHERIAN               UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY          UNSECURED        6191.26               .00              .00
US DEPT OF EDUCATION        UNSECURED       NOT FILED              .00              .00
ECAST SETTLEMENT CORP       UNSECURED        2746.84               .00              .00
CAPITAL ONE                 UNSECURED         962.88               .00              .00
ISAC                        UNSECURED       83302.38               .00              .00
ASSET ACCEPTANCE LLC        UNSECURED         971.67               .00              .00
KOHLS                       UNSECURED          83.00               .00              .00
PORTFOLIO RECOVERY          UNSECURED         193.81               .00              .00
COMMONWEALTH EDISON         UNSECURED            .00               .00              .00
ILLINOIS DEPT OF REVENUE    PRIORITY          507.83               .00              .00
ILLINOIS DEPT OF REVENUE    UNSECURED         132.92               .00              .00
ILLINOIS DEPT OF REVENUE    PRIORITY          921.49               .00              .00
ILLINOIS DEPT OF REVENUE    UNSECURED         129.40               .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      2,834.00                           2,834.00
TOM VAUGHN                  TRUSTEE                                               674.92
DEBTOR REFUND               REFUND                                                477.70
```

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                9,595.22

PRIORITY                                           .00
SECURED                                       4,625.55
    INTEREST                                    983.05
UNSECURED                                          .00
ADMINISTRATIVE                                2,834.00
TRUSTEE COMPENSATION                            674.92
DEBTOR REFUND                                   477.70
                     ---------------      ---------------
TOTALS                 9,595.22               9,595.22

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/25/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 17993 LOWELL GRAY & WYNELL I GRAY